FILED
Clerk
District Court

FEB -9 2016

for the Northern Mariana Islands
By_____
(Deputy Clerk)

BK 16-0000 2

Certificate Number: 14426-GU-CC-026858412



14426-GU-CC-026858412

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 26, 2016</u>, at <u>12:28</u> o'clock <u>PM MST</u>, <u>Donald Browne</u> received from <u>ABC American Bankruptcy Counselors</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Guam</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:  <u>January 27, 2016</u>          By:    <u>/s/Terry S. Dworkin</u>

                                      Name:  <u>Terry S. Dworkin</u>

                                      Title: <u>Executive Director</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).